UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Zhiwar Ismail,                     File No. 25-cv-4665 (ECT/JFD)

      Petitioner,

v.                                **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Oelrich, *#308 Police Officer*,

      Respondent.

Magistrate Judge John F. Docherty issued a Report and Recommendation on December 17, 2025. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**.

2. Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

3. Petitioner's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

4. No certificate of appealability shall issue.

            **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 15, 2026                  s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court